[No. 9711–3–I.  Division One.  May 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
HOWARD SAGE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02038–9, Robert E. Dixon, J., entered

December 4, 1980. *Dismissed* by unpublished per curiam opinion.